In the Matter of Supplementary Proceedings: BETTY CROSNEY, as Administratrix with the Will Annexed of SAM BERNARD, Deceased, Judgment Creditor, Appellant, v. ARMIN H. MITTLEMANN, Judgment Debtor, Impleaded with THOMAS KEOGH, Third Party, Respondent.— Order unanimously reversed, without costs, and the matter remitted to the Hon. James A. O'Gorman, official referee, to hear and report to the court at Special Term on the question whether the third party received and held the moneys disbursed by him as agent of the judgment debtor or as agent of the assignees, and the motion to punish for contempt to be then determined by the Special Term. No opinion. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.

WILLIAM A. SCHENCK, Respondent, v. JOSEPH MEYER, JR., and Another, Appellants, Impleaded with Another, Defendant.— Order unanimously modified by providing that the discovery and inspection be held at the office of the appellants, and as so modified affirmed, without costs. No opinion. The date for the inspection to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

SAMUEL SCHULMAN, Respondent, v. UNITY HOSPITAL, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MARY VOSS and RUDOLPH C. BECKER, Doing Business under the Firm Name and Style of VOSS ICE MACHINE WORKS, Plaintiffs, v. CALVIN MORRIS CORPORATION, Defendant. DAVID LEAVENWORTH, the Receiver in Sequestration Proceedings of the Above Named Defendant CALVIN MORRIS CORPORATION, Appellant; WALL YORK REALTY CORPORATION, Movant, Respondent.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent, v. HYMAN HABER and IRA J. SCHUSTER, as Executors, etc., of JOSEPH HABER, Deceased, Appellants. (Action No. 1.) HYMAN HABER and IRA J. SCHUSTER, as Executors, etc., of JOSEPH HABER, Deceased, Appellants, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent. (Action No. 2.) — Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

SAMUEL LEFKOWITZ, as Administrator, etc., of WILLIAM LEFKOWITZ, Deceased, Plaintiff, v. THE CITY OF NEW YORK, Defendant, Respondent, and GARVIN HAULING CONTRACTORS, INC., Defendant, and FRANK MASCALI & SONS, INC., Impleaded Defendant, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.